# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and JENNIFER L. HOMENDY, Chair of the National Transportation Safety Board,<br>　　　Petitioners<br><br>　　　v.<br><br>PENNSYLVANIA PUBLIC UTILITY COMMISSION,<br>　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:   Miscellaneous Action<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## EXHIBITS TO THE PETITION FOR SUMMARY ENFORCEMENT OF ADMINISTRATIVE SUBPOENA

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　GERARD M. KARAM
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s/ Suzanne P. Conaboy
　　　　　　　　　　　　　　　　SUZANNE P. CONABOY
　　　　　　　　　　　　　　　　PA 314036
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　235 North Washington Ave., Suite 311
　　　　　　　　　　　　　　　　Scranton, PA 18501
　　　　　　　　　　　　　　　　570-348-2800/FAX 570-348-2037
　　　　　　　　　　　　　　　　Suzanne.scanlon@usdoj.gov
　　　　　　　　　　　　　　　　Date: March 29, 2024

# **EXHIBIT INDEX**

PA PUC Signed Party Agreement ........................................... Exhibit A

PA PUC Party Removal Warning Letter ................................ Exhibit B

PA PUC Response to NTSB Party Revocation
Warning Letter ....................................................................... Exhibit C

PA PUC Party Removal Letter – 18Sept2023 ........................ Exhibit D

Subpoena 163.45170.63382 ................................................... Exhibit E

PUC Letter in Response to NTSB Subpoena .......................... Exhibit F