# EXHIBIT E



# National Transportation Safety Board

*Office of General Counsel*

---

490 L'Enfant Plaza East, S.W.
Washington, D.C. 20594-0001

| | |
|---|---|
| BY ELECTRONIC MAIL TO: smd@pa.gov<br>Pennsylvania Public Utilities Commission<br>Commonwealth Keystone Building<br>2nd Floor, Room N201<br>Harrisburg, PA 17120<br>Attn: Stephen M. DeFrank | Subpoena Number:<br>163.45170.63382 |

Re: Explosion/fire at the R.M. Palmer Company candy factory, March 24, 2023, West Reading, PA; National Transportation Safety Board (NTSB) Accident No. PLD23LR002

Dear Chairman DeFrank:

Enclosed please find a subpoena issued by the National Transportation Safety Board (NTSB) for the production of the inspection reports for UGI Utilities, Inc. Distribution Integrity Management Program (DIMP), dated within five years prior to March 24, 2023.

<u>NTSB Authority</u>

The NTSB, an independent agency of the U.S. Government, is responsible for investigating and determining the probable causes of all civil aviation accidents, as well as certain railroad, highway, marine, and pipeline accidents. 49 U.S.C. § 1131(a). The NTSB makes recommendations for the improvement of safety, with the ultimate goal of preventing future accidents, and is authorized to "conduct hearings … administer oaths, and require, by subpoena or otherwise, necessary witnesses and evidence." *See* 49 U.S.C. § 1113(a)(1). The agency possesses the authority to "do anything necessary to conduct an investigation" and may "inspect any record, process, control, or facility related to an accident investigation…" *See* 49 U.S.C. § 1134(a) and (f).

Please forward written records within 14 days to:
Office of the General Counsel
National Transportation Safety Board
490 L'Enfant Plaza East, SW
Washington, DC 20594
202-314-6080 (office), 202-314-6090 (fax)

**Exhibit E, p.1**

Should you have any questions about this matter of a legal nature, you may contact me at 202-314-6010 or daria.glagoleva@ntsb.gov.

Sincerely,

Daria Glagoleva
Attorney Advisor

Enclosure

**Exhibit E, p.2**



**UNITED STATES OF AMERICA**
NATIONAL TRANSPORTATION SAFETY BOARD

# SUBPOENA DUCES TECUM

To:  Pennsylvania Public Utilities Commission
Commonwealth Keystone Building
2nd Floor, Room N201
Harrisburg, PA 17120
Attn: Stephen M. DeFrank

Subpoena Number:
163.45170.63382

Pursuant to the authority granted to the National Transportation Safety Board (NTSB) under Title 49 United States Code Section 1113, and at the instance of Chair Jennifer Homendy, in the matter of the explosion/fire at the R.M. Palmer Company candy factory that occurred on or about Friday, March 24, 2023, in West Reading, PA (NTSB Accident No. PLD23LR002):

**YOU ARE HEREBY COMMANDED** to provide the inspection reports for the UGI Utilities, Inc. Distribution Integrity Management Program dated within five years prior to March 24, 2023.

Legible copies of the requested information shall be forwarded within 14 days to:
Office of the General Counsel
National Transportation Safety Board
490 L'Enfant Plaza East, SW
Washington, DC 20594
202-314-6080 (office), 202-314-6090 (fax)

**Fail not at your peril.**

IN TESTIMONY WHEREOF, the undersigned, Chair of the National Transportation Safety Board, or a duly authorized official, has hereto set his/her hand.

Signature _W. J. McMurry_
William T. McMurry, Jr.
General Counsel

Date _9/18/23_
*NATIONAL TRANSPORTATION SAFETY BOARD*
*490 L'ENFANT PLAZA EAST, SW*
*WASHINGTON, DC 20594*

**Exhibit E, p.3**